PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Ave., Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Ventura, Meagan Yates and Rafael Orellana

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS EDWARD MARTIN, an individual,<br><br>Plaintiff and Petitioner,<br><br>vs.<br><br>ALLEN REYNOLDS BALL, an individual; BALL & YORKE, a California corporation; RON BAMIEH, an individual; BAMIEH & DE SMETH, PLC, a California professional law corporation; JAMES WALD, an individual; NATALIE WALD, an individual; JAYSON COHEN, an individual; MEAGAN YATES, an individual; RAFAEL ORELLANA, an individual; COUNTY OF VENTURA, a public entity; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a California government agency; JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; RAFAEL ACEVEDO, in his official capacity as Warden of Richard J. Donovan Correctional Facility; and DOES 1 through 100, inclusive,<br><br>Defendants and Respondents. | Case No. 3:26-cv-04899-BAS-DEB<br><br>[State Court Case No. 26CU038533C, San Diego Superior Court]<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Complaint filed: July 20, 2026 |

TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants County of Ventura, Meagan Yates and Rafael Orellana certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| **PARTY** | **CONNECTION/INTEREST** |
|---|---|
| 1. Travis Edward Martin | 1. Plaintiff |
| 2. Allen Reynolds Ball | 2. Defendant |
| 3. Ball & Yorke | 3. Defendant |
| 4. Ron Bamieh | 4. Defendant |
| 5. Bamieh & De Smeth, PLC | 5. Defendant |
| 6. James Wald | 6. Defendant |
| 7. Natalie Wald | 7. Defendant |
| 8. Jayson Cohen | 8. Defendant |
| 9. Meagan Yates | 9. Defendant |
| 10. Rafael Orellana | 10. Defendant |
| 11. County of Ventura | 11. Defendant |
| 12. California Department of Corrections and Rehabilitation | 12. Defendant |
| 13. Jeffrey Macomber | 13. Defendant |
| 14. Rafael Acevedo | 14. Defendant |

Dated: September 3, 2026 LAWRENCE BEACH ALLEN & CHOI, PC

By /s/ Rocco Zambito, Jr.
Rocco Zambito, Jr.
Attorneys for Defendants
County of Ventura, Meagan Yates, and Rafael Orellana

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Elin Ghadimian, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 150 South Los Robles Ave., Suite 660, Pasadena, CA 91101.

On September 3, 2026, I served a true and correct copy of the foregoing **NOTICE OF INTERESTED PARTIES** on the interested parties in this action, addressed as follows:

**SEE ATTACHED SERVICE LIST**

BY EMAIL: I hereby certify that this document was served by electronic “email” on all parties listed herein at their respective most recent electronic mail addresses in this action on this date.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 3, 2026, at Pasadena, California.

By [signature] ______________________
Declarant

*Martin v. Ball, et al.*
Case No. 3:26-cv-04899-BAS-DEB

**Service List**

| | |
|---|---|
| Travis Edward Martin<br>1746-F South Victoria Ave.<br>Suite 104<br>Ventura, California 93003<br>Martin57290@gmail.com | Plaintiff<br>In Pro-Per |
| Allen R. Ball<br>Law Office of Ball & Yorke<br>1001 Partridge Drive, Suite 330<br>Ventura, California 93003<br>Aball@ballandyorkelaw.com<br>chernandez@ballandyorkelaw.com<br>esorkin@ballandyorkelaw.com<br>nball@ballandyorkelaw.com | Attorneys for Defendants<br>James Wald; Natalie Wald;<br>Jayson Cohen, Allen R. Ball; and<br>Ball & Yorke |