Allen R. Ball, Esq. (State Bar #124088)
**LAW OFFICE OF BALL & YORKE**
1001 Partridge Drive, Suite 330
Ventura, California 93003
(805) 642-5177; (805) 642-4622 Fax
aball@ballandyorkelaw.com

**Attorney for Defendants,
James Wald, Natalie Wald, Jayson Cohen,
Allen R. Ball and Ball & Yorke**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS EDWARD MARTIN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN REYNOLDS BALL, an individual; BALL & YORKE, a California corporation; RON BAMIEH, an individual; BAMIEH & DE SMETH, PLC, a California professional law corporation; JAMES WALD, an individual; NATALIE WALD, an individual; JAYSON COHEN, an individual; MEAGAN YATES, an individual; RAFAEL ORELLANA, an individual; COUNTY OF VENTURA, a public entity; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a California government agency; JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; RAFAEL ACEVEDO, in his official capacity as Warden of Richard J. Donovan Correctional Facility; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.: 3:26-cv-04899-BAS-DEB**<br><br>Complaint Filed: July 20, 2026<br>Removed to this Court: August 27, 2026<br>Trial Date: None Set<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DECLARE PLAINTIFF TRAVIS E. MARTIN A VEXATIOUS LITIGANT; DECLARATION OF ALLEN R. BALL, ESQ. IN SUPPORT THEREOF**<br><br>[Fed. R. Evid. 201]<br><br>**Hearing:**<br>**Hearing:**<br>Date: October 9, 2026<br>Time: |

# REQUEST FOR JUDICIAL NOTICE

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Defendants James Wald, Natalie Wald, Jayson Cohen, Allen R. Ball, and Ball & Yorke (collectively, "Moving Defendants") hereby request that this Court take judicial notice of the documents described below in connection with Moving Defendants' concurrently filed Motion to Declare Plaintiff Travis E. Martin a Vexatious Litigant.

Pursuant to Federal Rule of Evidence 201, Moving Defendants respectfully request that this Court take judicial notice of the existence and legal effect of the state- and federal-court records described below, each of which is a matter of public record and not subject to reasonable dispute. *See* Fed. R. Evid. 201(b)(2) (a court may judicially notice a fact that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned"); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (a court "may take judicial notice of matters of public record," including court filings, though not of disputed facts asserted within them). Moving Defendants request judicial notice only of the existence, filing, and legal effect of these documents — not of the truth of any disputed factual allegation contained within them.

Moving Defendants request that the Court take judicial notice of the following:

1. The Complaint on file in *Martin v. Carroll, et al.*, Ventura County Superior Court Case No. 2023CUPP017460, filed December 11, 2023. [Exhibit 1]

2. The Judgment for Defendants, as affirmed by the Court of Appeal on September 15, 2025, in *Martin v. Carroll, et al.*, Ventura County Superior Court Case No. 2023CUPP017460. [Exhibit 2]

3. The Complaint on file in *P.W. v. Wald, et al.*, Ventura County Superior Court Case No. 2024CUPP025753, filed June 10, 2024. [Exhibit 3]

4. The Request for Dismissal on file in *P.W. v. Wald, et al.*, Ventura County Superior Court Case No. 2024CUPP025753, dated July 24, 2024. [Exhibit 4]

5. The Cross-Complaint filed by Travis Martin in *Wald, et al. v. Martin, et al.*, Ventura County Superior Court Case No. 2023CUPP012195. [Exhibit 5]

6. The Order Granting Plaintiffs' Special Motion to Strike (Anti-SLAPP), entered February 1, 2024, in *Wald, et al. v. Martin, et al.*, Case No. 2023CUPP012195. [Exhibit 6]

7. The Court of Appeal's Opinion, filed June 16, 2025, affirming in part and reversing in part the anti-SLAPP ruling in *Wald, et al. v. Martin, et al.* [Exhibit 7]

8. The Remittitur, issued August 27, 2025, in *Wald, et al. v. Martin, et al.*, Case No. 2023CUPP012195. [Exhibit 8]

9. The Minute Order(s) reflecting Martin's pattern of disqualification challenges in *Wald, et al. v. Martin, et al.*, Case No. 2023CUPP012195. [Exhibit 9]

10. The Complaint on file in *Martin v. Carroll*, Ventura County Superior Court Case No. 2024CUFR032873, filed November 4, 2024. [Exhibit 10]

11. The Complaint on file in *Martin v. Colby, et al.*, Ventura County Superior Court Case No. 2025CUDF048144, filed July 28, 2025. [Exhibit 11]

12. The Request for Dismissal on file in *Martin v. Colby, et al.*, Ventura County Superior Court Case No. 2025CUDF048144, dated December 12, 2025. [Exhibit 12]

13. The Complaint on file in *Martin v. Ball, et al.*, San Diego Superior Court Case No. 26CU038533C, filed July 20, 2026 — the operative Complaint in the instant action. [Exhibit 13]

14. The Complaint on file in the related federal lawsuit, U.S. District Court, Central District of California, Case No. 2:26-cv-03714, filed April 5, 2026. [Exhibit 14]

15. The Order Regarding Order to Show Cause filed in the related federal lawsuit, U.S. District Court, Central District of California, Case No. 2:26-cv-03714, filed September 2, 2026. [Exhibit 15]

16. The Notice of Motion and Motion to Declare Travis Martin a Vexatious Litigant Pursuant to Code of Civil Procedure section 391, currently pending in *Martin v. Wald, et al.*, Ventura County Superior Court Case No. 2024CUNP032821, and set for hearing on September 21, 2026. [Exhibit 16]

17. The Order to Show Cause, U.S. District Court, Central District of California, Case No. 2:26-cv-03714, Doc. 40, directing Plaintiff to show cause why his claims should not be dismissed under the Younger abstention doctrine and/or barred by res judicata and/or collateral estoppel. [Exhibit 17]

9/3/26

Dated: [DATE], 2026

LAW OFFICE OF BALL & YORKE

Allen R. Ball

Attorneys for Moving Defendants

# DECLARATION OF ALLEN R. BALL

1. I am an attorney duly licensed to practice law before all courts of the State of California and admitted to practice before this Court. I am counsel of record for Defendants James Wald, Natalie Wald, and Jayson Cohen, and I appear on my own behalf and on behalf of Ball & Yorke, in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2. This declaration is submitted in support of Moving Defendants' concurrently filed Request for Judicial Notice.

3. Attached hereto as Exhibits 1 through 17 are true and correct copies of the court records described in the accompanying Request for Judicial Notice. I obtained these copies from the online case management and electronic filing systems of the Ventura County Superior Court, the San Diego County Superior Court, the California Courts of Appeal, and the United States District Court for the Central District of California, as applicable to each record, or from the case files maintained in the ordinary course of business by the Law Office of Ball & Yorke in connection with its representation of Defendants in the related actions described in the Request for Judicial Notice.

4. Each of the documents attached as Exhibits 1 through 17 is a true and correct copy of the original court record as it appears in the applicable court's file or electronic docket, and has not been altered in any way other than, where applicable, redaction of personal identifying information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on September 4, 2026, at Ventura, California.

/s/ Allen R. Ball

Allen R. Ball

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of eighteen (18) years. My business address is 1001 Partridge Drive, Suite 330, Ventura, California 93003. I am employed in the County of Ventura, State of California, and am not a party to the above-entitled action.

On **September 4th 2026**, I served ☐ the original ☒ a true copy of the following named document(s):

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DECLARE PLAINTIFF TRAVIS E. MARTIN A VEXATIOUS LITIGANT; DECLARATION OF ALLEN R. BALL, ESQ. IN SUPPORT THEREOF**

☒ **BY MAIL (F.R.C.P. 5(b)(2)(C)):** By causing such documents(s) to be deposited in the United Stated Mail at Ventura, California, in regular business fashion with which I am readily familiar, sealed in an envelope with postage thereon, fully prepaid, addressed as follows:

☐ **BY ELECTRONIC MAIL (F.R.C.P. 5(b)(2)(E)):** By sending it via electronic mail, without transmission error or difficulty, to the e-mail address(es) provided by the party(ies) as identified herein below:

☒ **VIA CM/ECF (F.R.C.P. 5(b)(3)):** By filing the document electronically and allowing the Notice of Electronic Filing to suffice as the proof of service to all parties/counsel registered for electronic service.

***** SEE THE ATTACHED SERVICE LIST*****

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this **4th day of September, 2026**, at Ventura, California.

[signature]
Natalie Ball, Declarant

**SERVICE LIST**

| | |
|---|---|
| Travis Edward Martin<br>1746 F South Avenue, Suite 104<br>Ventura, CA 93003<br>Martin57290@gmail.com | **Plaintiff in Pro Per** |

EXHIBITS HAVE BEEN EMAILED TO
MARTIN57290@gmail.com