RECEIVED
SEP 23 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

ORIGIN ID:SCFA (417) 591-9211
TYLER MARTIN

1746 F SOUTH VICTORIA AVE
SUITE 104
VENTURA, CA 93003
UNITED STATES US

SHIP DATE: 21SEP26
ACTWGT: 0.10 LB
CAD: 265453633/FAPI2208

BILL SENDER

TO U.S. DISTRICT COURT, SOUTHERN DISTR
CLERK OF THE COURT
333 WEST BROADWAY
SUITE 420
SAN DIEGO CA 92101
(417) 591-9211 REF: 1
INV: 14900640
PO: DEPT:

58KJ6/0166/4B4B

FedEx Express

E

J261026012001uv

WED - 23 SEP 5:00P
** 2DAY **

TRK# 0201 8774 7582 4490

DSR
92101
CA-US SAN

4Z OTAYG

4900640
00001