# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Travis Edward Martin, an individual

**Plaintiff,**

**V.**

Reynolds Ball et al

**Defendant.**

FILED

2026-09-30

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M.Williams , Deputy

**Civil No.** 26-cv-04899-BAS-DEB

**STRICKEN DOCUMENT:**

Notice

**Per Order # 18**