FedEx

Reusab
Sturdy
Recycle

RECEIVED
SEP 3 0 2026
U.S. MARSHALS SERVICE

0920 WED 09/30 07:02
CLERK OF THE COURT
333 W BROADWAY
STE 420
SAN DIEGO CA
144-5545
3134391
E
92101-3806-30
ETP: 1
SP:PD:100:Y

ORIGIN ID:SCFA (417) 591-9211
TYLER MARTIN

1746 F SOUTH VICTORIA AVE
SUITE 104
VENTURA, CA 93003
UNITED STATES US

SHIP DATE: 28SEP26
ACTWGT: 0.10 LB
CAD: 265453633/FAPI2208

BILL SENDER

TO U.S. DISTRICT COURT, SOUTHERN DISTR
CLERK OF THE COURT
333 WEST BROADWAY
SUITE 420
SAN DIEGO CA 92101
(417) 591-9211 REF: 1
INV: 14954728
PO: DEPT:

58KJ6/1F30/484B

FedEx Express

E

WED - 30 SEP 5:00P
** 2DAY **

TRK# 0201 8778 7079 3990

DSR
92101
CA-US SAN

4Z OTAYG

4954728
00001

Align bottom of peel-and-stick airbill or pouch here.