ORIGIN ID:SCFA (417) 591-9211
TRAVIS MARTIN

1746 F SOUTH VICTORIA AVE
SUITE 104
VENTURA, CA 93003
UNITED STATES US

SHIP DATE: 05OCT26
ACTWGT: 0.10 LB
CAD: 265453633/FAPI2208

BILL SENDER

TO U.S. DISTRICT COURT, SOUTHERN DISTR
CLERK OF THE COURT
333 WEST BROADWAY
SUITE 420
SAN DIEGO CA 92101
(417) 591-9211 REF: 1
INV: 15003559
PO: DEPT:

58KJ9/B503/484B

FedEx Express

E

J261026012001uv

WED - 07 OCT 5:00P
** 2DAY **

TRK# 0201 8782 0770 2582

4Z OTAYG

92101
CA-US SAN

5003559
00001